IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888
FAX: (818) 325-2890
ireneruzin@gmail.com

Attorney for Plaintiff, SHAWN E. SIMONE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHAWNE E. SIMONE<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: CV 17-01655-AS<br><br>[~~PROPOSED~~] JUDGMENT<br><br>HON. ALKA SAGAR<br>UNITED STATES MAGISTRATE JUDGE |

    In accordance with the Order of this Court filed concurrently herewith, IT IS HEREBY ADJUDGED that the above referred action be dismissed in its entirety without prejudice pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure, the parties to bear their own costs and fees.


DATED: __June 16, 2017_____

                                       _____/ s /_____
                                       HON. ALKA SAGAR
                                       UNITED STATES MAGISTRATE JUDGE